

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2018

No. 04-17-00821-CV

**IN THE INTEREST OF N.E.B., A.T.G, AND N.V.G., CHILDREN**,

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-00200
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

After we granted Appellant Mom's two previous extensions, her brief was due on February 26, 2018. On the extended due date, Appellant requested a seven-day extension of time to file the brief until March 6, 2018. Appellant filed her brief on March 3, 2018.

Appellant's motion is GRANTED; Appellant Mom's brief is deemed timely filed. *See* TEX. R. APP. P. 38.6(d).

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of March, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court